1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
3 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: scott.lachman@akerman.com

7 *Attorneys for Bank of America, N.A. and Bank of America Corp*
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE HUMPHREY, individually; MARY JOE STOGLIN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA CORP ("BAC"), BANK OF AMERICA N.A. ("BANA") DOES 1-100, ROES 1-100, inclusive, <br><br> Defendants. | Case No. 2:18-cv-01385-RFB-VCF <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Leslie Humphrey and Mary Joe Stoglin and Defendants Bank of America Corp and Bank of America, N.A. agree that Plaintiffs shall have until **September 4, 2018** to file an opposition to Defendants' motion to dismiss. [ECF No. 3]. The opposition is presently due on August 14, 2018.

///

///

///

///

///

///

46058736;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This first extension is not intended for the purposes of prejudice or delay. Rather, this extension will allow Plaintiffs time to decide whether to retain counsel.

| Dated: August 10, 2018 | Dated: August 10, 2018 |
|---|---|
| **PRO SE PLAINTIFFS** | **AKERMAN LLP** |
| */s/ Leslie Humphrey* <br> LESLIE HUMPHREY <br> 9345 Autumn View Avenue <br> Las Vegas, Nevada 89178 <br><br> */s/ Mary Joe Stoglin* <br> MARY JOE STOGLIN <br> 9345 Autumn View Avenue <br> Las Vegas, Nevada 89178 | */s/ Scott R. Lachman* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A. and Bank of America Corp* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this __13th__ day of August, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 10th of August, 2018, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS,** in the following manner:

**(VIA EMAIL AND UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written and via email as follows:

| | |
|---|---|
| Leslie Humphrey<br>9345 Autumn View Avenue<br>Las Vegas, Nevada 89178<br>Email: tibit.humphrey@yahoo.com<br><br>*Plaintiff in Proper Person* | Mary Joe Stoglin<br>9345 Autumn View Avenue<br>Las Vegas, Nevada 89178<br>Email:  tibit.humphrey@yahoo.com<br><br>*Plaintiff in Proper Person* |

*/s/  Carla Llarena*
An employee of AKERMAN LLP

46058736;1