# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LESLIE HUMPREY, individually; MARY JOE STOGLIN, individually, <br><br> Plaintiffs, <br><br> vs. <br> BANK OF AMERICA CORP ("BAC"), BANK OF AMERICA N.A. ("BANA"), inclusive, <br><br> Defendants. | 2:18-cv-01385-RFB-VCF <br> **ORDER** |

Before the court is Plaintiff's proposed discovery plan and scheduling order (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing on Plaintiff's proposed discovery plan and scheduling order (ECF NO. 19) is scheduled for 11:00 AM, September 26, 2018, in Courtroom 3D.

DATED this 30th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE