# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

LESLIE HUMPHREY, *et al.*,

                    Plaintiffs,

vs.

BANK OF AMERICA CORP.,

                    Defendant.

2:18-CV-01385-RFB-VCF
**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, March 26, 2019, is VACATED and RESCHEDULED to **10:00 AM, March 27, 2019**, in Courtroom 3D, at U.S. District Court, 333 Las Vegas Blvd. South, 3rd Floor, Las Vegas, Nevada 89101.

DATED this 22nd day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE