**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| LESLIE HUMPHREY, *et al.*, | |
| Plaintiffs, | |
| vs. | 2:18-cv-01385-RFB-VCF |
| BANK OF AMERICA CORP., *et al.*, | **ORDER** |
| Defendants. | |

Before the court is the Motion to Withdraw as Attorney of Record for Leslie Humphrey and Mary Joe Stoglin on Order Shortening Time (ECF NO. 44).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney of Record for Leslie Humphrey and Mary Joe Stoglin on Order Shortening Time (ECF NO. 44) is scheduled for 11:00 AM, June 14, 2019, in Courtroom 3D, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Leslie Humphrey must appear in person and Mary Joe Stoglin must appear by telephone or in person.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

///

The Clerk of Court is directed to mail a copy of this order to:

Leslie Humphrey
9345 Autumn View Avenue
Las Vegas, Nevada 89178

Mary Joe Stoglin
948 Ramsey Road
Chatham, Louisiana 71226

DATED this 7th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE