# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LESLIE HUMPHREY, individually; MARY JOE STOGLIN, individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORP ("BAC"), BANK OF AMERICA N.A. ("BANA") DOES 1-100, ROES 1-100, inclusive,<br><br>        Defendants. | 2:18-cv-01385-RFB-VCF<br>**ORDER** |

Before the court is the Notice of Settlement (ECF No. 46).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for June 14, 2019, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before August 13, 2019.

IT IS FURTHER ORDERED that the Motion to Withdraw as Attorney (ECF NO. 44) is DENIED as MOOT.

DATED this 13th day of June, 2019.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE